ACCEPTED
03-14-00375-CV
3983511
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/2/2015 12:57:29 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00375-CV

# In the Court of Appeals
# for the Third Judicial District
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/2/2015 12:57:29 PM
JEFFREY D. KYLE
Clerk

AUSPRO ENTERPRISES, LP,
*Appellant,*

v.

TEXAS DEPARTMENT OF TRANSPORTATION,
*Appellee.*

On Appeal from the
345th Judicial District Court of Travis County, Texas

## UNOPPOSED SECOND MOTION TO EXTEND TIME
## TO FILE APPELLEE'S BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellee Texas Department of Transportation (the "Department") moves to extend the time to file its Appellee's Brief pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d).

## I.

The Department's brief is currently due February 9, 2015. The Department seeks a 10-day extension, creating a new deadline of February 19, 2015. The Department previously received one 30-day extension for this filing. Appellant does not oppose this extension.

**II.**

The extension is not sought for delay, and no party will be prejudiced if it is granted. Appellant AusPro Enterprises, LP received three 30-day extensions on its Appellant's Brief.

In addition to diligently preparing the brief in this appeal, undersigned counsel has had substantial litigation commitments in other cases, including: presenting oral argument on January 14, 2015, in this Court, in *Richard J. Malouf, DDS et al. v. The State of Texas ex rel. Dr. Christine Ellis, DDS and Madelayne Castillo*, No. 03-14-00036-CV; assisting (in various cases) on the State's response to the U.S. Supreme Court's decision in *Holt v. Hobbs*, No. 13-6827 (U.S. Jan. 20, 2015), *see, e.g., Ali v. Stephens*, No. 14-41165 (appeal stayed pending decision in *Holt*); and assisting in oral argument preparation in *Ivy v. Michael Williams*, No. 14-50037 (5th Cir. oral argument scheduled Feb. 5, 2015). The additional time requested will permit counsel to fully analyze the record and relevant law in order to prepare thorough briefing, which would aid the Court in its consideration of this appeal.

## III.

The Department respectfully requests that the Court grant a 10-day extension for filing its brief, creating a new deadline of February 19, 2015.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

SCOTT A. KELLER
Solicitor General

/s/ Douglas D. Geyser
DOUGLAS D. GEYSER
Assistant Solicitor General
State Bar No. 24059817

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-2540
Fax: (512) 474-2697
douglas.geyser@texasattorneygeneral.gov

COUNSEL FOR APPELLEE TEXAS DEPARTMENT
OF TRANSPORTATION

**CERTIFICATE OF CONFERENCE**

I certify that on February 2, 2015, I conferred with counsel for Appellant regarding this motion, and counsel advised that Appellant does not oppose the motion.

/s/ Douglas D. Geyser
Douglas D. Geyser
*Counsel for Appellee*

**CERTIFICATE OF SERVICE**

On February 2, 2015, this motion was served via File & ServeXpress and/or e-mail on:

Meredith B. Parenti
PARENTI LAW PLLC
P.O. Box 19152
Houston, Texas 77224
[Tel] (281) 224-5848
[Fax] (281) 605-5677
meredith@parentilaw.com

/s/ Douglas D. Geyser
Douglas D. Geyser
*Counsel for Appellee the State of Texas*